# ELECTRONIC RECORD

COA #    01-13-00295-CR          OFFENSE:  2(Poss w/Intent to Deliver Controlled Substance)

STYLE:  Edward Flores v. The State of Texas          COUNTY:  Montgomery

COA DISPOSITION:    AFFIRM          TRIAL COURT:  9th District Court

DATE: 02/26/2015          Publish: NO    TC CASE #:    12-08-08659 CR

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    Edward Flores v. The State of Texas          CCA #:    349-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:    _____

_____REFUSED_____          JUDGE:    _____

DATE: __09/16/2015__          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

------------------------------

                                    _____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD